WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore,<br><br>    Plaintiff,<br><br>vs.<br><br>Credit Bureau Central, Inc.; Jon Snow,<br><br>    Defendants. | No. CV-06-0506-PHX-ROS<br><br>ORDER and<br>ORDER TO SHOW CAUSE |

In the Court's preparation for today's scheduled settlement conference, the Court discovered that, contrary to the Court's settlement conference order (docket #28) ("The Settlement Conference Memoranda shall **NOT** be filed with the Clerk), Defendants filed their Settlement Conference Memorandum. (docket #34) The original Memoranda was to be delivered directly to the chambers of U. S. Magistrate Judge Lawrence O. Anderson or e-mailed to the undersigned's CM/ECF central mailbox at (anderson_chambers@azd.uscourts.gov) with a copy provided to the adverse party. The Court's settlement conference order further ordered the parties to file their settlement conference memoranda, "**at least, five (5) business days before the Settlement Conference**", i.e. Friday, September 15, 2006. The Defendants actually filed their settlement conference memoranda with the Clerk on Monday, September 18, 2006.

The Court's staff called Defendants' counsel's office on September 18, 2006 and left a voice mail message advising the original of the settlement conference memoranda

- 2 -

1  should not have been filed and they would need to seek direction from the Clerk's office on
2  how to recall their memoranda from the Court's docket. The Court's staff has not heard back
3  from defense counsel on this issue nor are there any filings moving to strike the Defendants'
4  Settlement Conference Memorandum. The improperly-filed settlement conference
5  memorandum remains on the Court's docket.
6      On the Court's own motion,
7      **IT IS ORDERED striking** Defendants' settlement conference memorandum
8  (docket #34) for failure to comply with the Court's settlement conference order.
9      **IT IS FURTHER ORDERED** that defense counsel, Cynthia Lee Fulton, show
10 cause in writing by filing a formal Response to this OSC by **5:00 p.m. on Monday, October**
11 **2, 2006** why she should not be sanctioned for failure to comply with this Court's September
12 18, 2006 order.
13     Dated this 22nd day of September, 2006.

```
                          Lawrence O. Anderson
                          U. S. Magistrate Judge
```