**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Kathy Grismore, ) | No. CV-06-0506-PHX-ROS |
| Plaintiff, ) | **ORDER RESETTING SETTLEMENT CONFERENCE** |
| vs. ) |  |
| Credit Bureau Central, Inc.; Jon Snow, ) |  |
| Defendants. ) |  |

This matter was set for Settlement Conference before the undersigned on September 22, 2006. The Settlement Conference was vacated due to a delay in Defendant's insurance representative's plane being delayed by one hour which in turn created a conflict for the Court's calendar. Defense counsel was instructed to communicate to the undersigned's staff agreeable dates and times for defense counsel's calendar and that of her client's insurance representative. To date, the Court has had no communication from defense counsel regarding available dates for the resetting of the Settlement Conference.

After staff's consulting with Plaintiff regarding the availability on her calendar, the Court will reset the Settlement Conference to October 18, 2006 at 1:30 p.m.

**IT IS ORDERED resetting** the Settlement Conference in this matter for **Wednesday, October 18, 2006 at 1:30 p.m.**

**IT IS FURTHER ORDERED affirming** all Orders contained within this Court's Order Setting Settlement Conference (docket #28) except for the date and time of the

settlement conference and that the Court is in receipt of the parties' Settlement Conference Memoranda previously submitted.

DATED this 27th day of September, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge